JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUNQU LU,

Petitioner,

v.

WARDEN, *et al.*,

Respondents.

No. ED CV 26-4582-DMG(E)

JUDGMENT

IT IS ADJUDGED that the Petition is granted in part and Respondents are ordered to provide Petitioner (A# 236-920-032) with an opportunity for a prompt bond hearing before an immigration judge at which the burden will be on the Government to justify Petitioner's detention through proof by clear and convincing evidence that Petitioner is an unacceptable danger or an unacceptable risk of flight. The compliant bond hearing shall occur within seven days of this Order or Respondents shall release Petitioner.

DATED: September 24, 2026

Dolly M. Gee

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE